AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of NEVADA

| United States of America | ) | |
| v. | ) | Case No. 2:20-mj-00617-VCF |
| | ) | |
| AUSTIN GRAY | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George, U.S. Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
| --- | --- | --- | --- |
| | | Date and Time: | 07/30/2020 02:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 29, 2020

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*